# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: THEODORE E. BARE  
202 NEW FOREST ROAD  
POPLAR GROVE, IL  61065

SSN-xxx-xx-9231

Case Number: 07-72482

Case filed on: 10/13/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | REAL TAX | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 13,198.67 | 13,198.67 | 0.00 | 0.00 |
|  | Total Priority | 13,198.67 | 13,198.67 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 3,614.58 | 3,614.58 | 0.00 | 0.00 |
| 002 | BOONE COUNTY CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BOONE COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CARRINGTON MORTGAGE SERVICES INC | 11,446.20 | 11,446.20 | 0.00 | 0.00 |
| 006 | OCWEN FEDERAL BANK FSB | 2,569.34 | 2,569.34 | 0.00 | 0.00 |
|  | Total Secured | 17,630.12 | 17,630.12 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 12,737.21 | 12,737.21 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 3,105.66 | 3,105.66 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 11,652.98 | 11,652.98 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 831.37 | 831.37 | 0.00 | 0.00 |
| 011 | CITIFINANCIAL | 8,453.02 | 8,453.02 | 0.00 | 0.00 |
| 012 | COLLECTCORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | HSBC BANK N/A | 1,493.49 | 1,493.49 | 0.00 | 0.00 |
| 014 | TARGET NATIONAL BANK | 433.27 | 433.27 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 552.00 | 552.00 | 0.00 | 0.00 |
|  | Total Unsecured | 39,259.00 | 39,259.00 | 0.00 | 0.00 |
|  | Grand Total: | 70,087.79 | 70,087.79 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00  
Trustee Allowance:          $0.00         Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:     0.00         discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

\_\_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>05/01/2008</u>          By  <u>/s/Heather M. Fagan</u>